NUMBERS 13-01-787-CV, 13-01-788-CV and 13-01-789-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

 __________________________________________________________________


DELMA MARROQUIN, D/B/A LUCKIE'S BONDING SERVICE , Appellant,


v.


THE STATE OF TEXAS , Appellee.

___________________________________________________________________


On appeal from the County Court at Law No. 4 

of Nueces County, Texas

___________________________________________________________________

O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant, DELMA MARROQUIN, D/B/A LUCKIE'S BONDING SERVICE , attempted to perfect appeals from 
judgments entered by the County Court at Law No. 4 of Nueces County, Texas, in cause numbers 01-60181-4, 01-60700-4,
and 01-60701-4 . Judgments in these causes were signed on July 10, 2001 . Timely motions for new trial were filed on
August 9, 2001. Pursuant to Tex. R. App. P. 26.1, appellant's notices of appeal were due on October 8, 2001 , but were not
filed until November 14, 2001 . 

Notices of these defects were given so that steps could be taken to correct the defects, if it could be done. Appellant was
advised that, if the defects were not corrected within ten days from the date of receipt of this Court's letter, the appeals
would be dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect her appeals,
and appellant's failure to respond to this Court's notice, is of the opinion that the appeals should be dismissed for want of
jurisdiction. The appeals are hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 7th day of February, 2002 .